**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00280-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN L. CARTER,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On March 23, 2007, the probation officer submitted a petition for early termination of probation in this case.  On March 23, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The petition was served on the United States on March 26, 2007, and the United States has filed a response to the Petition for Early Termination of Probation stating they do not object to the proposed relief.  Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 6th day of April, 2007.

        BY THE COURT:


        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        United States District Judge